[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-14361
_____

D.C. Docket No. 8:08-cv-02253-EAJ


ALLSTATE INSURANCE COMPANY,
an Illinois corporation,

Plaintiff - Counter
Defendant - Appellee,

versus

ROBERT M. LEVESQUE, et al.,

Defendants,

BLANCA MICHAELS,

Defendant - Counter Claimant,

ANDREW'S FLORIST ON 4TH STREET, INC.,
a Florida corporation,
a.k.a. Andrews Florist on 4th Street North, Inc.,
a.k.a. Andrews on 4th St., Inc.,

Defendant - Counter
Claimant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 19, 2012)

Before HULL, MARCUS and COX, Circuit Judges.

PER CURIAM:

Andrew's Florist appeals from the district court's order denying its motion for attorney's fees pursuant to Fla. Stat. § 627.428. After thorough review and having had the benefit of oral argument, we can discern no reversible error, and, accordingly, we affirm the order of the district court.

**AFFIRMED.**